IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT KIRCHNER , | : | |
| Petitioner | : | Civil No. 1:21-CV-1200 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN KAUFFMAN, | : | |
| Respondent | : | Electronically Filed |

# RESPONDENTS' MOTION TO DISMISS HABEAS PETITION

**AND NOW**, come the Respondents, by and through the Office of the District Attorney of Lebanon County, and respectfully present the following:

1. Petitioner filed a Petition for Writ of Habeas Corpus in the above-captioned case on August 21, 2021.

2. This Honorable Court, on August 25, 2021, entered an order directing Respondent to answer the Petition within twenty days and provide documents as required.

3. That Order was vacated on September 9, 2021. Petitioner was afforded a period of 45 days from the date of the Order to file a memorandum of law. Respondents were afforded a period of 20 days from the date of Petitioner's memorandum to file a response.

4. On September 27, 2021, Petitioner filed a Petition for Post-Conviction Relief in the Lebanon County Court of Common Pleas. A copy of the Petition is attached hereto as Exhibit A.[1]

5. The trial court directed Respondents to file a Response to Petitioner's PCRA Petition. That Order is attached hereto as Exhibit B.

6. Petitioner now has concurrent petitions filed in both the federal and state courts challenging his conviction.

7. Further, Petitioner's Petition contains non-exhausted claims. By way of example, Petitioner's Petition indicates on Page 12 that Grounds Three and Four are contained within his currently pending PCRA Petition.

8. Petitioner's Petition should be dismissed as he acknowledges it contains non-exhausted claims.

9. Petitions with exhausted and non-exhausted claims must be dismissed. *Pliler v. Ford*, 542 U.S. 225 (2004).

---

[1] Petitioner filed both a Petition for Post-Conviction Relief and another document on the same day titled Amended Petition for Post-Conviction Relief. The second document is the one attached hereto. From review of the undersigned, the documents appear identical in their contents.

**WHEREFORE**, Respondents respectfully request this Honorable Court dismiss the Petition filed in this matter.

>Respectfully submitted,
>
>*/s/ Nichole Eisenhart*
>Nichole Eisenhart
>First Assistant District Attorney
>Lebanon County
>PA Atty # 200468
>400 S. 8th St., Room 11
>Lebanon, PA 17042
>(717) 228-4403

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT KIRCHNER , | : | |
|     Petitioner | : | Civil No. 1:21-CV-1200 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN KAUFFMAN, | : | |
|     Respondent | : | Electronically Filed |

## CERTIFICATE OF SERVICE

I, Nichole Eisenhart, do hereby certify that on October 20, 2021, I mailed, via regular mail, a true and correct copy of the Respondents' Motion to Dismiss to:

Scott Kirchner
Smart Communications/PADOC
Inmate # HK0751
SCI Huntingdon
PO Box 33028
St. Petersburg, FL  33733

    Respectfully submitted,

    */s/ Nichole Eisenhart*
    Nichole Eisenhart
    First Assistant District Attorney
    PA Atty # 200468
    400 S. 8th St., Room 11
    Lebanon, PA 17042
    (717) 228-4403

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT KIRCHNER, | : | |
|     Petitioner | : | Civil No. 1:21-CV-1200 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN KAUFFMAN, | : | |
|     Respondent | : | Electronically Filed |

## ORDER

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of the Respondents' Motion to Dismiss, the Motion is hereby GRANTED. Petitioner's Petition for Habeas Corpus Relief is DISMISSED.

BY THE COURT:

_____, J.